UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSCO SHIPPING LINES (NORTH AMERICA) INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HUATAI USA LLC, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-cv-20012 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 23rd day of July, 2021,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 37) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff's motion is **DENIED** without prejudice as to its request for fees and costs in this matter; and it is further

**ORDERED** that Plaintiff may file additional documents to support its request for attorneys' fees and costs within fourteen days of the entry of this Opinion and Order.[1] If Plaintiff fails to provide additional documentation, its request for fees and costs will be denied with prejudice; and it is further

**ORDERED** that Plaintiff's motion is otherwise **GRANTED**.

_____
John Michael Vazquez, U.S.D.J.

---

[1] The Court will enter a final order of judgment after this time has passed.